UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-00712 DMG (AGRx) | Date | March 13, 2012 |
|---|---|---|---|
| Title | *The Bank of New York Mellon v. Jerome Octaviano, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On January 17, 2012, Plaintiff Bank of New York Mellon filed a complaint in Los Angeles County Superior Court against Defendant Jerome Octaviano and Does 1 through 10. Plaintiff seeks possession of real property and restitution for Defendant's use and occupancy of the property in the amount of $100 per day starting on January 10, 2012. (Compl. at 3-4.) Defendant removed the case to this Court on January 26, 2012, asserting subject matter jurisdiction on the basis of a federal question, 28 U.S.C. § 1331.

The complaint, however, raises no federal question. Federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). Nor does the complaint reveal a basis for diversity jurisdiction. The amount in controversy is well below the $75,000 jurisdictional threshold for diversity jurisdiction. *See* 28 U.S.C. § 1332(a). The caption of the underlying state court complaint clearly states that the amount of damages sought by Plaintiff does not exceed $10,000.

In light of the foregoing, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction. Defendant shall file his response by no later than **March 27, 2012**. All deadlines are stayed pending resolution of the jurisdictional issue.

**IT IS SO ORDERED.**